WILLIAM KAPS, an Infant, by HERMAN KAPS, His Guardian ad Litem, et al., Respondents, *v.* CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant.

Argued November 30, 1938; decided January 3, 1939.

*Earl G. Clarke, Thomas H. Beardsley* and *H. P. Rodman* for appellant.

*Rowland H. Long, David D. Glanz* and *Maurice R. Whitebook* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.